478 A.2d 897

Commonwealth v. Bethay, Appellant.

Reargument Denied Aug. 7, 1984.

Submitted January 3, 1984. Elaine DeMasse, Assistant Public Defender, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, P.J., and DEL SOLE and HESTER, JJ.

Judgment of sentence vacated.

Case remanded for proceedings consistent with this memorandum.

Jurisdiction relinquished.